

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-20-00080-CR &
06-20-00081-CR

ALICIA RAINE SPENCER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court Nos. CR-19-26904 & CR-19-26955

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Our review of the clerk's records in these cases indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's records in these cases contain social security numbers. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's records in these cases contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's records in these cases.

IT IS SO ORDERED.

BY THE COURT

Date:   January 21, 2021

2